313 F.2d 631
 ARTHUR ANDERSEN & CO., Appellant,
v.
Donald VINCENT, Trustee of Chemo Puro Manufacturing
Corporation, Bankrupt, Appellee.
 No. 179, Docket 27761.
 United States Court of Appeals, Second Circuit.
 Argued Jan. 9, 1963.
Decided Jan. 11, 1963.
 
 Dunnington, Bartholow & Miller, New York City (Charles G. Pillon, New York City, of counsel), for appellant.
 David W. Kahn, New York City, for appellee.
 Before CLARK, KAUFMAN and HAYS, Circuit Judges.
 PER CURIAM.
 
 
 1
 We affirm the judgment of the district court in favor of the trustee in bankruptcy and against Arthur Andersen & Co., the purported claimant, for the reasons stated in the opinion of Chief Judge Ryan, In re Chemo Puro Mfg. Corp., D.C.S.D.N.Y., 213 F.Supp. 845.